**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2022-CA-0408

Ronald Bias

- - Versus - -

Carl J. Foster and John B. Wells

19th Judicial District Court
Case #: 687496
East Baton Rouge Parish

On Application for Rehearing filed on 11/18/2022 by Ronald Bias

Rehearing _____ **DENIED** _____

Jewel E." Duke" Welch Jr.

Allison H. Penzato

Walter I. Lanier III

Date __NOV 2 9 2022__

Rodd Naquin, Clerk